UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD and DOROTHY BENNETT,<br><br>        Plaintiffs,<br><br>   v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>        Defendants. | No.  1:14-cv-01377-GEB-JLT<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE** |

Plaintiffs state in the Joint Status Report filed April 6, 2015, as follows: "Plaintiffs[] are currently assessing whether certain developments necessitate amending the complaint. Plaintiff Dorothy Bennett passed away in September 2014, and as discussed further in Section L below, a conservator of the person and estate has been appointed for plaintiff Harold Bennett." (JSR 2:8-11, ECF No. 13.) Defendant State Farm responds in the JSR that it "anticipates filing a motion for substitution of parties in the event Plaintiffs do not do so." (Id. at 2:19-20.)

These representations reveal this case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on April 20, 2015, is continued to May 18, 2015, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which the parties shall address any procedures

1

they intend to take, and the timing thereof, to replace the named Plaintiffs in light of one Plaintiff's death and the other Plaintiff's conservatorship.

IT IS SO ORDERED.

Dated:  April 14, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge