UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD and DOROTHY BENNETT,<br><br>    Plaintiffs,<br><br>  v.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>    Defendants. | No. 1:14-cv-01377-GEB-JLT<br><br>**ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) ORDER** |

Plaintiffs state in the Joint Status Report filed May 4, 2015, as follows:

> Plaintiffs[] are currently assessing whether certain developments necessitate amending the complaint. Plaintiffs will seek an Order substituting the conservator of Harold Bennett, Dorothy Picking, as the real party in interest on behalf of Harold Bennett. Plaintiffs anticipate the substitution of conservator Dorothy Picking for plaintiff Harold Bennett can be accomplished by way of stipulation between the parties within the next three weeks.
>
> Additionally, Plaintiff will seek the appointment of Dorothy Bennett's grandson, Matthew Bennett, as the personal representative of the Estate of Dorothy Bennett or, in the alternative, as the successor-in-interest of Dorothy Bennett. State Farm is evaluating whether to stipulate to any such appointment.

(JSR 2:7-15, ECF No. 16.)

1

These statements fail to comply with Plaintiffs' obligation under Rule 16 to provide meaningful information on when the referenced appointment and corresponding amendment to the Complaint would be sought.

Therefore, the Status (Pretrial Scheduling) Conference set for May 18, 2015, is continued to June 8, 2015, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference, in which Plaintiffs shall address the timing of the referenced appointment and amendments to the Complaint.

IT IS SO ORDERED.

Dated: May 12, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge