UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| HAROLD and DOROTHY BENNETT,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　Defendant. | CASE NO. 1:14-CV-01377 GEB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO SUBSTITUTE DOROTHY PICKING FOR DECEDENT, PLAINTIFF DOROTHY BENNETT** |

The Court GRANTS the parties' joint motion to substitute DOROTHY PICKING for Decedent Plaintiff DOROTHY BENNETT.

**IT IS SO ORDERED.**

**Dated: June 3, 2015**

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　Senior United States District Judge

601502