UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

| | |
|---|---|
| HAROLD and DOROTHY BENNETT,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendant. | CASE NO. 1:14-CV-01377 GEB<br><br>**[PROPOSED] ORDER GRANTING JOINT MOTION TO SUBSTITUTE DOROTHY PICKING AS CONSERVATOR OF THE PERSON AND ESTATE OF HAROLD BENNETT FOR PLAINTIFF HAROLD BENNETT** |

The Court GRANTS the parties' joint motion to substitute DOROTHY PICKING as Conservator of the Person and Estate of HAROLD BENNETT for Plaintiff HAROLD BENNETT.

**IT IS SO ORDERED.**

**Dated:  June 3, 2015**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　Senior United States District Judge

601502                                      -1-