UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD and DOROTHY BENNETT,<br><br>        Plaintiffs,<br><br>  v.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>        Defendant. | No. 1:14-cv-01377-GEB-JLT<br><br>**ORDER** |

The parties' stipulation and proposed order filed on November 5, 2015, which concerns a request to continue certain deadlines prescribed in the May 29, 2015 Status Order is impracticable. The proposed modifications cannot occur without also continuing the last hearing date for a motion, final pretrial conference date, and trial date. Therefore, the stipulation and proposed order will not be signed.

Dated:  November 6, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1