1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesscott.com
2  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesscott.com
3  LAUREN M. CASE (SBN 280629)
   lcase@hayesscott.com
4  **HAYES SCOTT BONINO ELLINGSON & McLAY, LLP**
5  203 Redwood Shores Parkway, Suite 480
   Redwood City, California 94065
6  Telephone: 650.637.9100
   Facsimile: 650.637.8071
7

8  Attorneys for Defendant
   STATE FARM GENERAL INSURANCE COMPANY
9

10 CRAIG A. MILLER (SBN 116030)
   cmiller@craigmillerlaw.com
11 PATRICK A. CALHOON (SBN 249149)
12 pcalhoon@craigmillerlaw.com
   225 Broadway, Suite 1310
13 San Diego, CA 92101
   Telephone:  (619) 231-9449
14 Facsimile:  (619) 231-8638

15
   Attorneys for Plaintiffs
16 HAROLD and DOROTHY BENNETT and
   DOROTHY PICKERING as Conservator of the Person
17 and Estate of Harold Bennett

18

19                    UNITED STATES DISTRICT COURT

20           EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

21 | HAROLD and DOROTHY BENNETT,        | CASE NO. 1:14-CV-01377 GEB
22 |        Plaintiffs,                 | **STIPULATION AND ORDER TO REVISE THE COURT'S SCHEDULING ORDER**
23 |    vs.                             |
24 |                                    |
25 | STATE FARM GENERAL INSURANCE       |
26 | COMPANY, and DOES 1 through 100,   |
   | inclusive,                         |
27 |        Defendant.                  |

28

642367                                -1-

**STIPULATION & [PROPOSED] ORDER RE REVISING COURT'S SCHEDULE ORDER – CASE NO. 1:14-CV-01377 GEB**

Plaintiffs and State Farm General Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to revise the Court's May 29, 2015 Pretrial Scheduling Order (Dkt. 19) as follows:

# I.
# RECITALS

1. The parties have been working diligently toward moving this case forward in an efficient, expeditious manner. The following deadlines are currently in place:

- The deadline to complete initial expert witness disclosures is December 16, 2015;
- The deadline for rebuttal expert disclosures is January 13, 2016;
- The deadline for all discovery to be completed is April 20, 2016;
- The deadline for hearing of dispositive motions is June 20, 2016;
- The final pre-trial conference is August 15, 2016;
- The trial date is November 1, 2016.

2. Despite the parties' diligent efforts and cooperation to complete fact discovery, including the depositions of fact witnesses, the parties will not be ready to make initial expert witness disclosures by the current deadline, December 16, 2015. For these reasons, the parties have agreed to stipulate to a proposed order continuing the deadline for expert disclosure, rebuttal disclosure, and the discovery deadline, to enable the parties to complete fact and expert discovery without incurring undue burden and expense.

3. The parties do not seek to continue any deadlines other than the deadlines for expert disclosure, rebuttal disclosure, and discovery completion. The parties do not seek to continue the trial date or the pretrial conference date.

///
///
///
///
///
///

642367                                    -2-
**STIPULATION & [PROPOSED] ORDER RE REVISING COURT'S SCHEDULE ORDER – CASE NO. 1:14-CV-01377 GEB**

## II.
## STIPULATION

The parties hereby stipulate to the following revisions to the court's Pretrial Schedule:

1. Expert Disclosure        March 25, 2016
(currently December 16, 2015)

2. Expert Rebuttal        April 12, 2016
(currently January 13, 2016)

3. Deadline to complete all discovery        May 20, 2016
(currently April 20, 2016)

Dated: November 9, 2015     LAW OFFICES OF CRAIG A. MILLER

By    /s/ Craig A. Miller (as authorized on 11/09/2015)
CRAIG A. MILLER
PATRICK A. CALHOON
Attorneys for Plaintiffs
HAROLD and DOROTHY BENNETT

Dated: November 9, 2015     HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By    /s/ Stephen P. Ellingson
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
LAUREN M. CASE
Attorneys for Defendant
STATE FARM GENERAL INSURANCE COMPANY

///

///

642367      -3-

**STIPULATION & [PROPOSED] ORDER RE REVISING COURT'S SCHEDULE ORDER – CASE NO. 1:14-CV-01377 GEB**

# [PROPOSED] ORDER

Pursuant to the parties' stipulation, the Pretrial Schedule is revised as follows:

1. Expert Disclosure        March 25, 2016
   (currently December 16, 2015)

2. Expert Rebuttal        April 12, 2016
   (currently January 13, 2016)

3. Deadline to complete all discovery        May 20, 2016
   (currently April 20, 2016)

The remaining dates and deadlines set forth in the Court's May 29, 2015 Pretrial Scheduling Order (Dkt 19) remain unchanged.

Dated: November 19, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

642367      -4-

**STIPULATION & [PROPOSED] ORDER RE REVISING COURT'S SCHEDULE ORDER – CASE NO. 1:14-CV-01377 GEB**