1  STEPHEN M. HAYES (SBN 83583)
   shayes@hayesscott.com
2  STEPHEN P. ELLINGSON (SBN 136505)
   sellingson@hayesscott.com
3  HAYES SCOTT BONINO ELLINGSON & McLAY, LLP
   203 Redwood Shores Parkway, Suite 480
4  Redwood City, California 94065
   Telephone: 650.637.9100
5  Facsimile: 650.637.8071

6  Attorneys for Defendant
   STATE FARM GENERAL INSURANCE COMPANY
7

8  CRAIG A. MILLER (SBN 116030)
   cmiller@craigmillerlaw.com
9  PATRICK A. CALHOON (SBN 249149)
   pcalhoon@craigmillerlaw.com
10 225 Broadway, Suite 1310
11 San Diego, CA 92101
   Telephone:  (619) 231-9449
12 Facsimile:  (619) 231-8638

13
   Attorneys for Plaintiffs
14 HAROLD and DOROTHY BENNETT and
   DOROTHY PICKERING as Conservator of the Person
15 and Estate of Harold Bennett

16

17                    UNITED STATES DISTRICT COURT

18             EASTERN DISTRICT OF CALIFORNIA (FRESNO DIVISION)

19

| | |
|---|---|
| HAROLD and DOROTHY BENNETT, | CASE NO.  1:14-CV-01377 JAM-JLT |
| Plaintiffs, | **STIPULATION AND ORDER TO REVISE THE COURT'S SCHEDULING ORDER** |
| vs. | |
| STATE FARM GENERAL INSURANCE COMPANY, and DOES 1 through 100, inclusive, | |
| Defendant. | |

Plaintiffs and State Farm General Insurance Company ("State Farm"), by and through their respective counsel, hereby stipulate to revise the Court's January 11, 2016 Amended Status (Pretrial

661462                              -1-

Scheduling) Order (Dkt. 37) as follows:

# I.
# RECITALS

1. The parties have been working diligently toward moving this case forward in an efficient, expeditious manner. The following deadlines are currently in place:

- The deadline to complete initial expert witness disclosures is March 25, 2016;
- The deadline for rebuttal expert disclosures is April 12, 2016;
- The deadline for all discovery to be completed is May 20, 2016;
- The deadline for hearing of dispositive motions is July 12, 2016;
- The final pre-trial conference is August 26, 2016;
- The trial date is October 17, 2016.

2. Despite the parties' diligent efforts, the parties anticipate that it will be difficult to engage in expert disclosures by the current deadline of March 25, 2016. The parties also recognize that the expert deadlines can be continued without impacting the other dates and deadlines in the current Status (Pre-Trial Scheduling) Order. For these reasons, the parties have agreed to stipulate to a proposed order continuing the deadline for expert disclosure, rebuttal disclosure, and the discovery deadline.

3. The parties also wish to have a brief discovery window after the hearing on a dispositive motion to schedule depositions that will be unnecessary for the motion, which might be avoided if the motion is granted.

4. The parties are mindful of the pretrial dates and deadlines in the current Status (Pre-Trial Scheduling) Order, including the Pretrial Conference and deadline to submit the Joint Pretrial Statement. The parties do not anticipate any issues meeting those deadlines under the new dates for expert disclosures and deadline for all discovery.

5. The parties do not seek to continue any deadlines other than the deadlines for expert disclosure, rebuttal disclosure, and completion of all discovery. The parties do not seek to continue the trial date or the pretrial conference date.

/ / /

661462

# II.
# STIPULATION

The parties hereby stipulate to the following revisions to the court's Pretrial Schedule:

1. Expert Disclosure                                    May 27, 2016
(currently March 25, 2016)

2. Expert Rebuttal                                     June 17, 2016
(currently April 12, 2016)

3. Deadline to complete all discovery          July 19, 2016
(currently May 20, 2016)

Dated: February 8, 2016      LAW OFFICES OF CRAIG A. MILLER

By _____*/S/ Patrick A. Calhoon*_____
CRAIG A. MILLER
PATRICK A. CALHOON
Attorneys for Plaintiffs
HAROLD and DOROTHY BENNETT

Dated: February 8, 2016      HAYES SCOTT BONINO ELLINGSON & McLAY, LLP

By _____*/S/ Stephen P. Ellingson*_____
STEPHEN M. HAYES
STEPHEN P. ELLINGSON
Attorneys for Defendant
STATE FARM GENERAL INSURANCE
COMPANY

///

///

///

**ORDER**

Pursuant to the parties' stipulation, the Pretrial Schedule is revised as follows:

1. Expert Disclosure                                        May 27, 2016
                                                                                  (currently March 25, 2016)

2. Expert Rebuttal                                          June 17, 2016
                                                                                  (currently April 12, 2016)

3. Deadline to complete all discovery              July 19, 2016
                                                                                  (currently May 20, 2016)

The remaining dates and deadlines set forth in the Court's January 11, 2016 Pretrial Scheduling Order (Dkt 37) remain unchanged.

Dated:  2/8/2016

/S/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE

661462                                                    -4-

**STIPULATION & [PROPOSED] ORDER RE REVISING COURT'S SCHEDULE ORDER**
**CASE NO. 1:14-CV-01377 JAM-JLT**