UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD and DOROTHY BENNETT,<br><br>          Plaintiffs,<br><br>   vs.<br><br>STATE FARM GENERAL INSURANCE COMPANY,<br><br>          Defendant. | CASE NO.  1:14-CV-01377 DAD JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br><br>**(Doc. 58)** |

    The parties have notified the Court that they have reached a settlement of the matter.  (Docs. 58)  They indicate they will file the stipulated request for dismissal by August 3, 2016. (Doc. 58 at 1-2; Doc. 47 at 2) Thus, the Court **ORDERS**:

    1.    The parties **SHALL** file their stipulated dismissal no later than **August 3, 2016**;

    2.    All other pending dates, conferences and hearings are **VACATED** and any other pending motions are ordered **TERMINATED.**

    **Failure to comply with this order may result in the imposition of sanctions including the dismissal of the action or striking the answer and entering default.**

IT IS SO ORDERED.

    Dated:   **June 28, 2016**                 **/s/ Jennifer L. Thurston**
                                                         UNITED STATES MAGISTRATE JUDGE